AO 456 (Rev. 5/85) Notice

# United States District Court

## Western District of Texas

UNITED STATES OF AMERICA

**NOTICE**

V.

JEFF EDWARD BRINKLEY

CASE NUMBER: A-09-CR-345H

| TYPE OF CASE: | ☐ CIVIL | ☒ CRIMINAL |
|---|---|---|

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Homer Thornberry Judicial Building<br>903 San Jacinto Blvd.<br>Austin, Texas 78701 | Courtroom #334, Third Floor |
| | DATE AND TIME |
| | Wednesday, May 4, 2011 @ 8:30am |

TYPE OF PROCEEDING

HEARING ON MOTION TO REVOKE SUPERVISED RELEASE

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

WILLIAM G. PUTNICKI, Clerk
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

April 28, 2011 — Janie Ney Jones/512-916-5896 x234

DATE — (BY) DEPUTY CLERK

To  Honorable Harry Lee Hudspeth          Jeff Edward Brinkley
    Ms. Elizabeth Cottingham, AUSA        2406 Sumac Lane
    Ms. Christina Pagano, Attorney        Cedar Park, Texas 78613
    Ms. Shelly Weirich, USPO
    U. S. Marshal's Service-Austin        Arlinda Rodriguez, Court Reporter